```
 1 │ BENJAMIN B. WAGNER                           FILED
   │ United States Attorney
 2 │ DANIEL S. McCONKIE
   │ Assistant U.S. Attorney                    NOV 10 2010
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814            CLERK, U.S. DISTRICT COURT
 4 │ Telephone: (916) 554-2725                EASTERN DISTRICT OF CALIFORNIA
   │                                          BY _____
 5 │                                                   DEPUTY CLERK
 6 │                    SEALED
 7 │
 8 │              IN THE UNITED STATES DISTRICT COURT
 9 │             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,    )   CR. NO. 2:10-CR-299 EJG
                                  )
12 │             Plaintiff,       )   ORDER TO SEAL
   │      v.                      )   (UNDER SEAL)
13 │                              )
                                  )
14 │ BERNARDO LAREDO et.al.       )
                                  )
15 │             Defendants.      )
                                  )
16 │ _____ )
17 │      The Court hereby orders that the Indictment, the Petition of
18 │ Assistant U.S. Attorney DANIEL S. McCONKIE to Seal Indictment, and
19 │ this Order, in the above-referenced case, shall be sealed until ~~the~~
20 │ ~~arrest of the defendants or~~ (Court) until further order of the Court.
21 │ DATED:  Nov. 10, 2010
22 │                                      GREGORY G. HOLLOWS
                                      _____
                                          GREGORY G. HOLLOWS
23 │                                    United States Magistrate Judge
24 │
25 │
26 │
27 │
28 │
                                  1
```