



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
  v. ) 2:10-cr-299 EJG
)
SEALED, )
)
        Defendant. )
_____)

**SEALING ORDER**

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the superseding indictment and any associated documents in the above referenced case shall be sealed until ~~the arrest of any defendant in this case or until~~ further order of the Court.

DATED: Nov. 10, 2010

GREGORY G. HOLLOWS
United States Magistrate Judge