1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | D.C. NO. 2:10-cr-299-EJG |
| | ) | |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING INDICTMENT |
| BERNARDO LAREDO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

On November 10, 2010, the superseding indictment was filed in the above-referenced case.  Since some of the defendants have now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment and this case be unsealed.

DATED: November 16, 2010           BENJAMIN B. WAGNER
                                   United States Attorney

                                By:/s/ DANIEL S. McCONKIE
                                   DANIEL S. McCONKIE
                                   Assistant U.S. Attorney

                                   <u>ORDER</u>
SO ORDERED:

DATED: November 16, 2010           _/s/ Gregory G. Hollows____
                                   HON. GREGORY G. HOLLOWS
                                   U.S. Magistrate Judge

1