1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )
12         Plaintiff,              )   D.C. NO. 2:10-cr-299-EJG
                                   )
13    v.                           )   APPLICATION AND ORDER
                                   )   FOR UNSEALING INDICTMENT
14 BERNARDO LAREDO, et al.         )
                                   )
15         Defendants.             )
   _____)
16

17      On November 10, 2010, the superseding indictment was filed in

18 the above-referenced case.  Since some of the defendants have now

19 been arrested, it is no longer necessary for the indictment to be

20 sealed.  The government respectfully requests that the indictment

21 and this case be unsealed.

22 DATED: November 16, 2010           BENJAMIN B. WAGNER
                                      United States Attorney
23
                                   By:/s/ DANIEL S. McCONKIE
24                                    DANIEL S. McCONKIE
                                      Assistant U.S. Attorney
25
                                      ORDER
26 SO ORDERED:

27 DATED: November 16, 2010            _/s/ Gregory G. Hollows____
                                       HON. GREGORY G. HOLLOWS
28                                     U.S. Magistrate Judge

                                    1