UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 17, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARA DAWN STILES, ) <br> ) <br> Defendant. ) | Case No. 2:10CR00299-EJG-3 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARA DAWN STILES__, Case No. __2:10CR00299-EJG-3__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of $_____

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   ✔  (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 17, 2010__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court