hael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BERNARDO LAREDO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>BERNARDO LAREDO, et al.,<br><br>             Defendants. | No. 2:10-CR-0299 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Bernardo Laredo; David Fischer, attorney for defendant Francisco Pulido; Danny D. Brace, Jr., attorney for defendant Brenda Deshields; Dina Santos, attorney for defendant Mara Stiles; Tom Johnson, attorney for defendant Charles Davies; William Bonham, attorney for defendant Scott Peterson; and Tony Carbone, attorney for defendant Angela Boschke; that the previously-scheduled status conference date of January 14, 2011, be vacated and the matter set for status conference on February 25, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 3, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
2  counsel to prepare].

3  Dated:  January 12, 2011						Respectfully submitted,

4
5								/s/ Michael E. Hansen
								MICHAEL E. HANSEN
								Attorney for Defendant
6								BERNARDO LAREDO

7  Dated:  January 12, 2011					/s/ David Fischer
								DAVID FISCHER
8								Attorney for Defendant
								FRANCISCO PULIDO
9
   Dated:  January 12, 2011					/s/ Danny D. Brace, Jr.
10								DANNY D. BRACE, JR.
								Attorney for Defendant
11								BRENDA DESHIELDS

12 Dated:  January 12, 2011					/s/ Dina Santos
								DINA SANTOS
13								Attorney for Defendant MARA STILES

14 Dated:  January 12, 2011					/s/ Tom Johnson
								TOM JOHNSON
15								Attorney for Defendant
								CHARLES DAVIES
16
   Dated:  January 12, 2011					/s/ William Bonham
17								WILLIAM BONHAM
								Attorney for Defendant
18								SCOTT PETERSON

19 Dated:  January 12, 2011					/s/ Tony Carbone
								TONY CARBONE
20								Attorney for Defendant
								ANGELA BOSCHKE
21
   Dated:  January 12, 2011					U.S. ATTORNEY'S OFFICE
22
23								/s/ Daniel McConkie
								DANIEL McCONKIE
24								Assistant U.S. Attorney
								Attorney for Plaintiff
25

26                                **ORDER**

27       IT IS HEREBY ORDERED that the previously-scheduled status conference date of
28 January 14, 2011, be vacated and the matter set for status conference on February 25, 2011.

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

1  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
2  and Local Code T4.
3  Dated: January 13, 2011

                                                /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com