1 Michael E. Hansen
Attorney at Law, SBN 191737
2 711 Ninth Street, Suite 100
Sacramento, CA  95814
3 916.438.7711 FAX 916.864.1359

4 Attorney for Defendant
BERNARDO LAREDO
5

6

7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | No. 2:10-CR-0299 EJG |
| 11               Plaintiff, | **STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| 12       vs. | |
| 13 BERNARDO LAREDO, et al., | |
| 14               Defendants. | |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff;
18 Michael Hansen, attorney for defendant Bernardo Laredo; David Fischer, attorney for
19 defendant Francisco Pulido; Danny D. Brace, Jr., attorney for defendant Brenda Deshields;
20 Dina Santos, attorney for defendant Mara Stiles; Tom Johnson, attorney for defendant Charles
21 Davies; William Bonham, attorney for defendant Scott Peterson; and Toni Carbone, attorney
22 for defendant Angela Boschke; that the previously-scheduled status conference date of
23 February 25, 2011, be vacated and the matter set for status conference on April 22, 2011.

24     This continuance is requested to allow counsel additional time to review discovery with
25 the defendants, to examine possible defenses and to continue investigating the facts of the case.

26     Accordingly, counsel and the defendants agree that time under the Speedy Trial Act
27 from the date this stipulation is lodged, through April 22, 2011, should be excluded in
28 computing time within which trial must commence under the Speedy Trial Act, pursuant to

1

**Stipulation and [Proposed] Order to Continue Status Conference**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: February 23, 2011                     Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
BERNARDO LAREDO

Dated: February 23, 2011                     /s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant
FRANCISCO PULIDO

Dated: February 23, 2011                     /s/ Michael E. Hansen for
DANNY D. BRACE, JR.
Attorney for Defendant
BRENDA DESHIELDS

Dated: February 23, 2011                     /s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant MARA STILES

Dated: February 23, 2011                     /s/ Michael E. Hansen for
TOM JOHNSON
Attorney for Defendant
CHARLES DAVIES

Dated: February 23, 2011                     /s/ Michael E. Hansen for
WILLIAM BONHAM
Attorney for Defendant
SCOTT PETERSON

Dated: February 23, 2011                     /s/ Michael E. Hansen for
TONI CARBONE
Attorney for Defendant
ANGELA BOSCHKE

Dated: February 23, 2011                     U.S. ATTORNEY'S OFFICE

/s/ Michael E. Hansen for
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of January 14, 2011, be vacated and the matter set for status conference on April 22, 2011. Time

**Stipulation and [Proposed] Order to Continue Status Conference**

1 is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and
2 Local Code T4.

3 Dated: February 23, 2011                                /s/ Edward J. Garcia
4                                                       EDWARD J. GARCIA
                                                      United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**