THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARDO LAREDO, et al.,<br><br>    Defendant | Case No.: 2:10-cr-00299-EJG<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:    June 3, 2011<br>Time:    10:00 a.m.<br>Judge:   Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 22, 2011 at 10:00 a.m. is to be continued to June 3, 2011 at 10:00 a.m.in the same courtroom. Daniel McConkie, Assistant United States Attorney, Thomas A. Johnson, attorney for Charles Davies, Michael Hansen, attorney for Bernardo Laredo, Dina Santos, attorney for Mara Dawn Stiles, David Fischer, attorney for Francisco Pulido, Danny D. Brace, Jr., attorney for Brenda Deshields, William E. Bonham, attorney for Scott Peterson, and Toni Carbone, attorney for Angela Boschke all agree and stipulate to a continuance.  The continuation is requested because Thomas Johnson, attorney for Charles Davies, is currently in a three defendant homicide trial that is expected to last until May 12, 2011.  In addition, the continuance is requested to allow the remaining attorneys more time for preparation and review of discovery.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

STIPULATION AND ORDER         - 1 -

U.S.C. § 3161(h)(7)(A). It is further stipulated that the period from the date of this stipulation through and including June 3, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: April 20, 2011                                    /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Defendant
                                                        CHARLES DAVIES

DATE: April 20, 2011                                    /s/ Thomas A. Johnson for
                                                        MICHAEL HANSEN
                                                        Attorney for Defendant
                                                        BERNARDO LAREDO

DATE: April 20, 2011                                    /s/ Thomas A. Johnson for
                                                        DINA SANTOS
                                                        Attorney for Defendant
                                                        MARA DAWN STILES

DATE: April 20, 2011                                    /s/ Thomas A. Johnson for
                                                        DAVID FISCHER
                                                        Attorney for Defendant
                                                        FRANCISCO PULIDO

DATE: April 20, 2011                                    /s/ Thomas A. Johnson for
                                                        DANNY D. BRACE, JR.
                                                        Attorney for Defendant
                                                        BRENDA DESHIELDS

DATE: April 20, 2011                                    /s/ Thomas A. Johnson for
                                                        WILLIAM E. BONHAM
                                                        Attorney for Defendant
                                                        SCOTT PETERSON

| | |
|---|---|
| DATE: April 20, 2011 | /s/ Thomas A. Johnson for<br>TONI CARBONE<br>Attorney for Defendant<br>ANGELA BOSCHKE |
| DATE: April 20, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| By: | /s/Thomas A. Johnson for<br>DANIEL MCCONKIE<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: April 20, 2011

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Court Judge