Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BERNARDO LAREDO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BERNARDO LAREDO, et al.,<br><br>　　　　　　　　Defendants. | No. 2:10-CR-0299 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Bernardo Laredo; David Fischer, attorney for defendant Francisco Pulido; Danny D. Brace, Jr., attorney for defendant Brenda Deshields; Dina Santos, attorney for defendant Mara Stiles; Tom Johnson, attorney for defendant Charles Davies; William Bonham, attorney for defendant Scott Peterson; and Toni Carbone, attorney for defendant Angela Boschke; that the previously-scheduled status conference date of June 3, 2011, be vacated and the matter set for status conference on July 22, 2011.

　　　　This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

　　　　Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 22, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

1

**Stipulation and [Proposed] Order to Continue Status Conference**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: June 1, 2011                           Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
BERNARDO LAREDO

Dated: June 1, 2011                           /s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant
FRANCISCO PULIDO

Dated: June 1, 2011                           /s/ Michael E. Hansen for
DANNY D. BRACE, JR.
Attorney for Defendant
BRENDA DESHIELDS

Dated: June 1, 2011                           /s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant MARA STILES

Dated: June 1, 2011                           /s/ Michael E. Hansen for
TOM JOHNSON
Attorney for Defendant
CHARLES DAVIES

Dated: June 1, 2011                           /s/ Michael E. Hansen for
WILLIAM BONHAM
Attorney for Defendant
SCOTT PETERSON

Dated: June 1, 2011                           /s/ Michael E. Hansen for
TONI CARBONE
Attorney for Defendant
ANGELA BOSCHKE

Dated: June 1, 2011                           U.S. ATTORNEY'S OFFICE

/s/ Michael E. Hansen for
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of June 3, 2011, be vacated and the matter set for status conference on July 22, 2011.  Time is

**Stipulation and [Proposed] Order to Continue Status Conference**

1. excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and
2. Local Code T4.
3. Dated:   June 3, 2011                                              /s/ Edward J. Garcia
                                                                       U. S. DISTRICT JUDGE