```
DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160
```



**FILED**

JUL 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Attorney for Defendant
MARA STILES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARA STILES, <br> Defendant. | No. 2:10-cr-299 EJG-3 <br><br> *D&O* <br> (Amended) STIPULATION AND ORDER ADDING CONDITION OF PRETRIAL RELEASE |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MARA STILES that the following condition be added to the Pretrial Release Conditions:

   Item 13:   You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

   The Court is advised that all counsel have conferred about this request, that they have agreed to the added condition due to Ms. Stiles suffering a traumatic event, and she that she is under a lot of stress financially and is also very anxious about her pending legal matters.

1  The court is further advised that all Mr. McConkie has authorized Ms.
2  Santos to sign this stipulation on his behalf and the Pretrial
3  Services Officer has recommended this added condition.
4  **IT IS SO STIPULATED.**

5

6  Dated: July 15, 2011                /S/ Dina L. Santos
                                        DINA L. SANTOS
7                                       Attorney for Defendant
                                        Mara Stiles
8

9  Dated: July 15, 2011                /S/ Daniel McConkie
                                        DANIEL MCCONKIE
10                                      Assistant United States Attorney
                                        Attorney for Plaintiff
11

12                              O R D E R

13  **IT IS SO ORDERED.**

14          By the Court,

15

16  Dated: July *19*, 2011             _____
                                        Hon. Dale A. Drozd
17                                      United States Magistrate Judge