Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BERNARDO LAREDO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BERNARDO LAREDO, et al.,<br><br>                    Defendants. | No. 2:10-CR-0299 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL DATE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Bernardo Laredo; Dina Santos, attorney for defendant Mara Stiles; Toni Carbone, attorney for defendant Angela Boschke; Preciliano Martinez, attorney for defendant Jose Aguilar-Madriz; Tim Pori, attorney for defendant Richard Thurman; and Tim Warriner, attorney for defendant Lori Thurman, that the previously-scheduled trial confirmation hearing date of December 18, 2012, be vacated and the matter set for change of plea/trial setting conference on January 28, 2013, at 9:30 a.m.

Accordingly, the parties also request that the January 14, 2013, trial date should be vacated.

This continuance is requested to allow counsel additional time to engage in plea negotiations.  At least two of the above defendants will be dismissed, and the remaining defendants expect to change their pleas.

1

**Stipulation and [Proposed] Order to Vacate Trial Confirmation Hearing and Trial Date**

1    The Government concurs with this request.

2    Further, the parties agree and stipulate the ends of justice served by the granting of such
3    a continuance outweigh the best interests of the public and the defendants in a speedy trial and
4    that time within which the trial of this case must be commenced under the Speedy Trial Act
5    should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
6    Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
7    stipulation, December 13, 2012, to and including January 28, 2013.

8    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9    IT IS SO STIPULATED.

10   Dated:  December 13, 2012                    Respectfully submitted,

11                                                /s/ Michael E. Hansen
                                                  MICHAEL E. HANSEN
12                                                Attorney for Defendant
                                                  BERNARDO LAREDO
13
     Dated:  December 13, 2012                    /s/ Michael E. Hansen for
14                                                DINA SANTOS
                                                  Attorney for Defendant
15                                                MARA STILES

16   Dated:  December 13, 2012                    /s/ Michael E. Hansen for
                                                  TONI CARBONE
17                                                Attorney for Defendant
                                                  ANGELA BOSCHKE
18
     Dated:  December 13, 2012                    /s/ Michael E. Hansen for
19                                                PRECILIANO MARTINEZ
                                                  Attorney for Defendant
20                                                JOSE AGUILAR-MADRIZ

21   Dated:  December 13, 2012                    /s/ Michael E. Hansen for
                                                  TIM PORI
22                                                Attorney for Defendant
                                                  RICHARD THURMAN
23
     Dated:  December 13, 2012                    /s/ Michael E. Hansen for
24                                                TIM WARRINER
                                                  Attorney for Defendant
25                                                LORI THURMAN

26   Dated:  December 13, 2012                    BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY
27
                                                  By: /s/ Michael E. Hansen for
28                                                DANIEL McCONKIE
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

2

**Stipulation and [Proposed] Order to Vacate Trial Confirmation Hearing and Trial Date**

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 13, 2012, to and including January 28, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 18, 2012, trial confirmation hearing shall be vacated and the matter set for change of plea/trial setting conference on January 28, 2013, at 9:30 a.m. Additionally, the January 14, 2013, trial date is hereby vacated.

**IT IS SO ORDERED**.

Dated: December 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Vacate Trial Confirmation Hearing and Trial Date**