Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BERNARDO LAREDO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BERNARDO LAREDO, et al.,<br><br>            Defendants. | No. 2:10-CR-00299 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Bernardo Laredo; Dina Santos, attorney for defendant Mara Stiles; Toni Carbone, attorney for defendant Angela Boschke; and Preciliano Martinez, attorney for defendant Jose Aguilar-Madriz, that the previously-scheduled status conference date of January 28, 2013, be vacated and the matter set for status conference on March 4, 2013, at 9:30 a.m.  It is expected the defendants will either change their pleas or set trial dates.

This continuance is requested to allow counsel additional time to consult with their clients.  All defendants are working diligently to resolve their cases short of trial.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
2  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
3  stipulation, January 24, 2013, to and including March 4, 2013.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5      IT IS SO STIPULATED.

6  Dated: January 24, 2013            Respectfully submitted,

7                                       /s/ Michael E. Hansen
8                                       MICHAEL E. HANSEN
                                     Attorney for Defendant
9                                       BERNARDO LAREDO

10 Dated: January 24, 2013           /s/ Michael E. Hansen for
                                     DINA SANTOS
                                     Attorney for Defendant
11                                      MARA STILES

12 Dated: January 24, 2013           /s/ Michael E. Hansen for
                                     TONI CARBONE
13                                      Attorney for Defendant
                                     ANGELA BOSCHKE
14

15 Dated: January 24, 2013           /s/ Michael E. Hansen for
                                     PRECILIANO MARTINEZ
                                     Attorney for Defendant
16                                      JOSE AGUILAR-MADRIZ

17 Dated: January 24, 2013           BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY
18
                                     /s/ Michael E. Hansen for
19                                      DANIEL McCONKIE
                                     Assistant U.S. Attorney
20                                      Attorney for Plaintiff

21

22                                      **ORDER**

23     The Court, having received, read, and considered the stipulation of the parties, and
24 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
25 Based on the stipulation of the parties and the recitation of facts contained therein, the Court
26 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
27 itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
28 specifically finds that the failure to grant a continuance in this case would deny defense

**Stipulation and [Proposed] Order to Continue Status Conference**

counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 24, 2013, to and including March 4, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 28, 2013, status conference shall be continued until March 4, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: January 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Status Conference**