BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARA DAWN STILES,<br><br>            Defendant. | 2:10-CR-00299-WBS<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE<br><br>Judge: Hon. William B. Shubb |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 18, 2013.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until February 10, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

///

Stipulation to Continue               1                United States v. Stiles

```
DATED: November 13, 2013        /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: November 13, 2013        /s/ Dina Santos
                                DINA SANTOS
                                Attorney for MARA DAWN STILES
                                (as authorized on November 12, 2013)
```

**ORDER**

　　　IT IS SO FOUND AND ORDERED.

Dated:   November 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE