BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-00299-WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING JUDGMENT AND |
| | ) SENTENCING DATE |
| MARA DAWN STILES, | ) |
| | ) |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |
| | ) |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 18, 2013.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until February 10, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

///

```
DATED: November 13, 2013          /s/ Justin L. Lee
                                  JUSTIN L. LEE
                                  Assistant U.S. Attorney

DATED: November 13, 2013          /s/ Dina Santos
                                  DINA SANTOS
                                  Attorney for MARA DAWN STILES
                                  (as authorized on November 12, 2013)
```

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:   November 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE