BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MARA DAWN STILES,<br><br>      Defendant. | 2:10-CR-00299-03 WBS<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE<br><br>Judge: Hon. William B. Shubb |

### **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on February 10, 2014.

2. The PSR related to this case has not yet been completed.

///

///

///

///

Stipulation to Continue                        1                        United States v. Stiles

3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until May 12, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: February 3, 2014      /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: February 3, 2014      /s/ Dina Santos
                             DINA SANTOS
                             Attorney for MARA DAWN STILES
                             (as authorized on February 3, 2014)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  February 4, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE