BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00299-03 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| MARA DAWN STILES, | |
| Defendant. | Judge: Hon. William B. Shubb |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on February 10, 2014.
2. The PSR related to this case has not yet been completed.

///
///
///
///

Stipulation to Continue            1            United States v. Stiles

3. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until May 12, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: February 3, 2014      /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: February 3, 2014      /s/ Dina Santos
                             DINA SANTOS
                             Attorney for MARA DAWN STILES
                             (as authorized on February 3, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE