```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00299-03 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| MARA DAWN STILES, | |
| Defendant. | Judge: Hon. William B. Shubb |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on May 12, 2014.
2. The PSR related to this case has not yet been completed.
3. The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel No Later than June 9, 2014 (six weeks before sentencing).

///

///

4. Counsel's Written Objections to the Pre-Sentence Report Shall be delivered to the Probation Officer No Later than June 23, 2014 (four weeks before sentencing).

5. The Pre-Sentence Report Shall Be Filed with the Court No Later than June 30, 2014 (three weeks before sentencing).

6. Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court No Later than July 7, 2014 (two weeks before sentencing), any Reply or Statement shall be filed by July 14, 2014.

7. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until July 21, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: May 9, 2014         /s/ Justin L. Lee
                           JUSTIN L. LEE
                           Assistant U.S. Attorney

DATED: May 9, 2014         /s/ Dina Santos
                           DINA SANTOS
                           Attorney for MARA DAWN STILES
                           (as authorized on May 9, 2014)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE