```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MARA DAWN STILES,<br><br>       Defendant. | 2:10-CR-00299-03 WBS<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE<br><br>Judge: Hon. William B. Shubb |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on July 21, 2014.
2. The PSR related to this case has not yet been completed.
3. The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel No Later than August 4, 2014 (six weeks before sentencing).

///

///

Stipulation to Continue                  1                  United States v. Stiles

4. Counsel's Written Objections to the Pre-Sentence Report Shall be delivered to the Probation Officer No Later than August 18, 2014 (four weeks before sentencing).

5. The Pre-Sentence Report Shall Be Filed with the Court No Later than August 25, 2014 (three weeks before sentencing).

6. Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court No Later than September 1, 2014 (two weeks before sentencing), any Reply or Statement shall be filed by September 8, 2014.

7. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until September 15, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: July 17, 2014             /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

DATED: July 17, 2014             /s/ Dina Santos
                                 DINA SANTOS
                                 Attorney for MARA DAWN STILES
                                 (as authorized on July 17, 2014)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Continue                 2                  United States v. Stiles